# IN THE DISTRICT COURT OF THE UNITED STATES

# for the Western District of New York

---

**October 2025 GRAND JURY**
**(Impaneled October 24, 2025)**

**THE UNITED STATES OF AMERICA**

*-vs-*

**MATTHEW WHITE**

**INDICTMENT**

Violations:

Title 18, United States Code,
Sections 115(a)(1)(B) and 875(c)
(2 Counts)

## COUNT 1

**(Threatening to Assault and Murder a Federal Law Enforcement Officer)**

**The Grand Jury Charges That:**

On or about April 30, 2025, in the Western District of New York, the defendant, MATTHEW WHITE, did threaten to assault and murder B.G., a Federal law enforcement officer, employed by the Department of Homeland Security, with the intent to impede, intimidate, and interfere with such Federal law enforcement officer while engaged in the performance of his official duties, and with the intent to retaliate against such Federal law enforcement official on account of the performance of his official duties.

**All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).**

## COUNT 2

### (Interstate Communication with Threat to Injure a Person)

### The Grand Jury Further Charges That:

On or about April 30, 2025, in the Western District of New York, the defendant, MATTHEW WHITE, knowingly and willfully did transmit in interstate and foreign commerce, a communication, that is a post on the internet social networking site "X" (formerly known as "Twitter"), which communication contained threats to injure the person of another, specifically B.G., an individual known to the Grand Jury, by stating "I can't wait to put a bullet into this guy's brain, but first his children."

**All in violation of Title 18, United States Code, Section 875(c).**

DATED: Buffalo, New York, December 30, 2025.

                        MICHAEL DIGIACOMO  
                        United States Attorney

BY:   S/EVAN K. GLABERSON  
        EVAN K. GLABERSON  
        Assistant United States Attorney  
        United States Attorney's Office  
        Western District of New York  
        138 Delaware Avenue  
        Buffalo, New York  14202  
        716/843-5871  
        Evan.Glaberson@usdoj.gov

A TRUE BILL:

<u>S/FOREPERSON</u>  
FOREPERSON