UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.

MATTHEW WHITE,

          Defendant.

_____

**25-CR-260-RJA-JJM**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | James E.B. Bobseine, Assistant Federal Public Defender. |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender James E.B. Bobseine, dated March 5, 2026. |
| **RELIEF REQUESTED:** | A 45-day adjournment of the Pretrial Motions Deadline and Scheduling Order. |
| **DATED:** | Buffalo, New York, April 16, 2026. |

Respectfully submitted,

**/s/  James E.B. Bobseine**
James E.B. Bobseine
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
james_bobseine@fd.org
*Counsel for Defendant*

**TO:**   Evan K. Glaberson
      Assistant United States Attorney
      Western District of New York
      138 Delaware Avenue, Federal Centre
      Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                              **25-CR-260-RJA-JJM**

      v.

                               **AFFIRMATION**

MATTHEW WHITE,

           Defendant.

_____

      **JAMES E.B. BOBSEINE,** affirms under penalty of perjury that:

1.       I am an Assistant Federal Public Defender for the Western District of New York, and I represent Matthew White together with my co-counsel, Assistant Federal Public Defender Timothy P. Murphy.

2.       Motions are due by April 30, 2026. The defense respectfully requests that the Court adjourn this deadline, and other deadlines in the Scheduling Order, for 45 days.

3.       I have discussed this request with Assistant United States Attorney Evan Glaberson. The government has no objection.

4.       Mr. Murphy and I have been working diligently to prepare all motions by the Court's deadline. This work has included, among other tasks, meeting with Mr. White, examining publicly available social media documents, and reviewing the substantial electronic discovery produced in this case, which includes extensive social media information and electronic data. We have been analyzing all this information and have begun incorporating it into the motions that we intend to file.

5.       We have also been researching the complicated legal questions presented by this case and have begun incorporating this research into the motions that we intend to file.

6.     The defense requires the requested additional time to complete the motions.

7.     For these reasons, I make this written application showing cause for the 45-day extension prior to the pretrial motions deadline set in the Scheduling Order.

8.     We agree that this time should be excluded under the Speedy Trial Act.

**WHEREFORE**, it is respectfully requested that this Court adjourn the Pretrial Motions Deadline and Scheduling Order for 45 days.

**DATED**:                 Buffalo, New York, April 16, 2026

Respectfully submitted,

**/s/ James E.B. Bobseine**
James E.B. Bobseine
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
james_bobseine@fd.org
*Counsel for Defendant*

**TO:**    Evan K. Glaberson
Assistant United States Attorney
Western District of New York
138 Delaware Avenue, Federal Centre
Buffalo, New York 14202