*United States v. Matthew White*

**25-CR-260-RJA-JJM**

# EXHIBIT A

**Matthew White** @MatthewWhi17466 · Apr 28

Even undercover agents have to identify themselves before they make an arrest, I'd like to do that for them, I'd like to find out the name of the bigot bastard on pink and make it so it's impossible for him to even grab milk in public.

**LongTime😊FirstTime👨‍💻** ✓ @LongTimeHistory · Apr 27

ICE will prosecute the 2 women in this video—who only dared to ask agents if they had warrant—with felony obstruction charges.

ICE finally admit it is their "undercover" agents caught on video—but will only investigate the innocent bystanders—and have "promised" to...

Show more



1:39

**Matthew White** @MatthewWhi17466 · Apr 30

ICE, I fucking dare you.

> **LongTime🤓FirstTime💁‍♂️** ✔ @LongTimeHistory · Apr 29
>
> 20 armed ICE agents detain mom & 3 daughters dressed only in underwear
> outside in the rain for hours—they are all U.S. citizens.
>
> Agents took their phones, laptops & life savings in cash—even after ...
>
> Show more



**Matthew White**
@MatthewWhi17466

This guy needs to be tied up.

> **Martian** 🪐 ✔ @Hynek_Maneuver · Apr 23
> Replying to @LongTimeHistory
> Can anyone identify this so called ice agent?





**Matthew White** @MatthewWhi17466 · 9h
I can't wait to put a bullet into this guy's brain, but first his children.

> **Matthew White** @MatthewWhi17466 · Apr 30
> This guy needs to be tied up. x.com/Hynek_Maneuver...

💬          ↻          ♡          ili 8          🔖  ⬆️

**Matthew White** @MatthewWhi17466 · Apr 30
This is reason enough to slice the ear off of this administration, breeding fucking monsters.

> 🎉 **LongTime**🤓**FirstTime**👨‍💻 ✔ @LongTimeHistory · Apr 29
> Trump has stoked Asian American hatred for years—now middle schoolers film themselves bullying 5 year old.
>
> "Don't hurt me! Don't do it. Save me!" the boy begged—but the other kids just laughed....
> Show more

CHILD HARASSED

**VIDEO SHOWS BOY HURLING ETHNIC SLURS AT PRESCHOOLER**

● ◎ ♪ NBCWashington    7:31    75°

3:08   **Video shows middle schooler hurling ethnic slurs at 5-year-old | NBC4 Washington**

💬          🔁          ♡          📊 42          🔖 ⬆



**Matthew White**
@MatthewWhi17466                                    ⊘ ···

Kill them all, ICE is the new age gestapo, hurt them.

9:32 AM · Apr 18, 2025 · **6** Views

💬          🔁          ♡          🔖          ⬆

4



**Secretary Kristi Noem** ✓ 🛡 @Sec_Noem · 10h

You can run, but you can't hide.

Whether in a tree or harbored in an activist judge's house, if you are here illegally, ICE will find you, arrest you, and you will be deported.

> 📺 **News 4 San Antonio** @News4SA · 10h
>
> TREE STANDOFF ENDS | bit.ly/3GvKxWx
> After over six hours hiding from authorities in the tree and evading officers' attempts to safely remove him, 29-year-old Raul Ical was persuaded by negotiators to come down.

💬 204      🔁 777      ♡ 4K      📊 63K          🔖 ⬆

**Matthew White**
@MatthewWhi17466

And I will be there making sure that the constitution is followed and if not I will die trying to fight for democracy and I will kill an ICE agent, you want to play civil war, lets play bitch.

1:06 AM · Apr 30, 2025 · **3** Views



🇺🇸 **America** ✓ @america · Apr 28

Border Czar Tom Homan: "You don't have to support ICE's operations... But when you cross that line to impediment or knowingly harboring or conceding an illegal alien from ICE, you will be prosecuted. Judge or not."

From **Rapid Response 47** ✓ ⬛

💬 69      🔁 276      ♡ 1.9K      📊 37K          🔖 ⬆

**Matthew White**
@MatthewWhi17466

Then understand that if your ICE agents don't show proof of identity and a signed warrant, we will kill them

5:16 AM · Apr 29, 2025 · **2** Views



**U.S. Immigration and Customs Enforcement** ✓ @ICEgov · 12h

FIRST 💯 DAYS: Safer Communities

Criminal records of arrested include convictions or charges for:
❌ 498 murders
❌ 9,639 assaults
❌ 1,329 sex offenses
❌ 6,398 DWIs/DUIs
❌ 1,479 weapon offenses

🎞 100 days of record-breaking immigration enforcement:
ice.gov/news/releases/...

> ❝ ICE alone has arrested over 65,000 illegal aliens — including 2,288 gang members from Tren de Aragua, MS-13, 18th Street and other gangs. ❞
>
> — TODD LYONS
> ICE Acting Director
>
> 🛡ICE

💬 73      🔁 91      ♡ 428      📊 17K          🔖 ⬆

**Matthew White**
@MatthewWhi17466

Your agents are in danger if they don't start showing identification and signed warrants, if the trump administration doesn't have to follow the laws then neither do the American citizens, game on.

2:08 AM · Apr 30, 2025 · **4** Views



**Matthew White**
1,600 posts

**Matthew White**
@MatthewWhi17466

I'm into rabbit hole conversation and good vibes, funny is fantastic.
View more

🖻 Entertainment & Recreation   ⊙ Jamestown, New York
🖩 Joined December 2024

**219** Following   **356** Followers

Not followed by anyone you're following

Posts                Replies                Media



**Matthew White**
@MatthewWhi17466

## About

I'm from Jamestown,NY, everything is fine, my 40s are all about that white knuckle or buckle power.