# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

_____

|  |  |
|---|---|
| | **October 2025 GRAND JURY**<br>**(Impaneled October 24, 2025)** |
| **THE UNITED STATES OF AMERICA**<br><br>*-vs-*<br><br>**MATTHEW WHITE** | **SUPERSEDING INDICTMENT**<br>**25-CR-260**<br><br>**Violations:**<br><br>Title 18, United States Code,<br>Sections 115(a)(1)(B) and 875(c)<br>(2 Counts) |

### COUNT 1

**(Threatening to Assault and Murder a Federal Law Enforcement Officer)**

**The Grand Jury Charges That:**

On or about April 30, 2025, in the Western District of New York, the defendant, MATTHEW WHITE, did threaten to assault and murder B.G., a Federal law enforcement officer, employed by the Department of Homeland Security, with the intent to impede, intimidate, and interfere with such Federal law enforcement officer while engaged in the performance of his official duties, and with the intent to retaliate against such Federal law enforcement official on account of the performance of his official duties.

**All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).**

<u>**COUNT 2**</u>

**(Interstate Communication with Threat to Injure a Person)**

**The Grand Jury Further Charges That:**

On or about April 30, 2025, in the Western District of New York, the defendant, MATTHEW WHITE, with the intent to communicate a true threat, with the knowledge that the communication would be viewed as a true threat, and with conscious disregard of a substantial risk that the communication would be viewed as a true threat, did knowingly and willfully transmit in interstate and foreign commerce, a communication, that is a post on the internet social networking site "X" (formerly known as "Twitter"), which communication contained threats to injure the person of another, specifically B.G., an individual known to the Grand Jury, by stating "I can't wait to put a bullet into this guy's brain, but first his children."

**All in violation of Title 18, United States Code, Section 875(c).**

DATED: Buffalo, New York, July 28, 2026.

<div style="margin-left:40%;">

MICHAEL DIGIACOMO
United States Attorney

BY:   <u>S/EVAN K. GLABERSON</u>
EVAN K. GLABERSON
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
716/843-5871
Evan.Glaberson@usdoj.gov

</div>

A TRUE BILL:


<u>S/FOREPERSON</u>
FOREPERSON